# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ELIAZAR A. FLORES, *et al.*, | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-4791 |
| | § | |
| E DIAMOND ELECTRIC, INC., | § | |
|    Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that a settlement has been reached between Plaintiffs and Defendant. *See* Status Report [Doc. # 27]. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **March 22, 2021,** that the settlement could not be completely documented and finalized.

**SIGNED** at Houston, Texas, this 22nd day of **January, 2021**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE